# Exhibit 85

# THE
# Civil and Criminal
# ORDINANCES
## OF THE
# CITY OF ELGIN.

### NOVEMBER 1901.

COMPILED BY
Miles H. Hill and S. J. Isaacks.

ELGIN, TEXAS:
ELGIN LEADER JOB PRINT,
1901.

# THE CITY OF ELGIN.

(Incorporated Under the General Law.)

## CITY OFFICERS.

### Elective.

MAYOR—CHARLES GILLESPIE,
MARSHAL—JAMES A. QUINN,
SECRETARY—S. J. ISAACKS,
CITY ATTORNEY—MILES H. HILL,
ASSESSOR AND COLLECTOR—S. J. ISAACKS.

### Members of Board of Aldermen.

F. S. WADE,                    MAX HIRSCH,
J. WED DAVIS,                  ED. LAWHON,
W. E. McCULLOUGH.

### Subordinate Officers.

STREET COMMISSIONER—GEORGE H. HILL.
CITY SCAVENGER—HARRY GORDON.

place or deposit, or shall suffer or permit his or her servant to throw, leave, place or deposit any putrid or unsound meats, fish, hides, offal, slop or filth of any kind, decayed vegetables, or manure of any kind, in any street, alley, back-yard, lot, or any public place in this city, he shall be fined not less than two nor more than ten dollars.

## Chapter XXI.

### HOGS, SHEEP, GOATS, ETC.

[An Ordinance to Prevent Hogs, Sheep and Goats from Running at Large; Driving Animals Through the City, Camping in the City, or Leaving Dead Carcasses Therein; Not to Maintain Certain Stock Pens Therein and Providing Penalties.]

Art. 167. Be it ordained by the City Council of the City of Elgin; that it shall not be lawful for the owners or keepers of goats, hogs or sheep, to suffer or permit said animals to run at large within this city, and it is hereby made the duty of the City Marshal to gather and pen all goats, hogs or sheep running at large within this city; and he shall at once notify the owner, if known; and if the owner be not known, and no owner be discovered, in one day, after such animal is taken up, the Marshal shall post notices at three public places, one of which shall be at the Mayor's office; said notice shall give a reasonably accurate description of such animal, describing it by marks and brands, if any there be, and such notice shall state that such animal will be sold in front of the Mayor's office, to the highest bidder for cash at the expiration of five days from the date of said notice. If the owner of said animal shall appear and claim the same before said five days have elapsed, the Marshal shall (if he be satisfied that such party is the true owner) turn said animal over to him, upon payment of one dollar to the Marshal for taking up and impounding said animal, and the further sum of twenty cents per head per

ful manner, shall be fined in a sum not less than twenty-five nor more than one hundred dollars.

## Chapter XXIII.

### UNLAWFULLY CARRYING ARMS.

Art. 173. Be it ordained by the City Council of the city of Elgin; that if any person within the Corporate Limits of this city shall carry on or about his person, saddle, or in his saddle-bags, any pistol, dirk, dagger, slungshot, sword-cane, spear, or knuckles made of any metal or any hard substance, bowie-knife, or any other knife manufactured or sold for the purposes of offense or defense, he shall be punished by fine of not less than twenty-five nor more than two hundred dollars.

Art. 174. The preceding article shall not apply to a person in actual service as a militiaman, nor to a policeman or other peace officer, or person summoned to his aid, nor to a revenue or other civil officer engaged in the discharge of his official duty, nor to the carrying of arms on one's own premises or place of business, nor to persons traveling, nor to one who has reasonable grounds for fearing an unlawful attack upon his person, and the danger is so imminent and threatening as not to admit of the arrest of the party, about to make such an attack, upon legal process.

Art. 175. Any person violating any of the provisions of the preceding article, may be arrested without warrant and carried before the Recorder for trial; and any peace officer of this city who shall fail or refuse to arrest such person on his own knowledge, or upon information from some credible person, shall be punished by fine not exceeding one hundred dollars.

# Chapter XXIV.

AN ORDINANCE REGULATING RAILWAYS.—AND DEPOT REGULATIONS.

Art. 176. Be it ordained by the City Council of the city of Elgin, that any engineer, conductor, or other person, having charge of any railroad train, car or locomotive, and causing the same to be run at a greater rate of speed than ten miles an hour within the city limits, of the City of Elgin, shall be fined not less than ten nor more than fifty dollars.

Art. 177. A bell and a steam whistle shall be carried on each locomotive engine passing through this city, and the whistle shall be blown and the bell shall be rung, at the distance of at least eighty rods from the place where the railroad shall cross any of the public streets of this city, and such bell shall be kept ringing until it shall have crossed such public streets, or stopped, and any engineer or other person, having charge of said locomotive engine, and failing to comply with the provisions of this ordinance, shall be fined in any sum not less than five nor more than one hundred dollars.

Art. 178. It shall be the duty of every railroad company, whose road shall enter the corporate limits of this city, to construct and grade all ditches (if there be any) along its right of way in such a manner as to carry the water flowing along said ditches outside their right of way, and to see that no injury shall accrue to abutting streets or lots.

Art. 179. It shall be the duty of every railroad company within this city, to keep its ditches at all times, in good repair, free from stagnant water or obstructions of any kind.

Art. 180. It shall be the duty of every railroad company within this city, to construct and keep in repair, good and substantial crossings, bridges and platforms, whenever same shall be necessary, and to keep same in good repair, free from rotten wood, etc

Art. 181. Whenever any railroad company shall fail to comply with the provisions of the three preceding articles, after being notified so to do, by the city council, it shall be unlawful for said company, its agents or employees, to run their cars or locomotives over that part of the road, within this city, upon or along which said work is required to be done. And upon such failure upon the part of the company, the marshal shall immediately notify the conductors and engineers of said company within the city of Elgin, and if such officers shall, after notice, run any cars or locomotives, over that portion of the road where said work was required to be done, he shall upon conviction before the mayor, be fined in any sum not less than twenty nor more than fifty dollars.

Art. 182. It shall be unlawful for any railroad engineer or conductor, or any person in charge of any railroad train, or part of a train, to permit trains, engines, or any detached cars, to stand on any street crossing within this city, longer than five minutes. Any one violating the provisions of this ordinance, shall be fined not less than five nor more than ten dollars.

Art. 183. It shall be the duty of every railroad company whose road enters this city, to remove without the city limits, any animal that may be killed by the trains of said company, or all animals that may die within the limits of this city from injuries inflicted by the trains of said company; and such removal shall be made within twenty-four hours after the killing or death of such animal.

Art. 184. No railroad company within this city shall place, leave or deposit, or cause or permit to be left or deposited on the right of way of said company, anything which occasions annoyance to the public, or which creates offensive or unhealthy odors.

Art. 185. It shall be the duty of the local agent of any railroad company whose road enters this city, to see that the provisions of the two preceding articles are complied with, and in case the provisions of said articles are violated, said agent shall be fined not less than one nor more than ten dollars.

Art. 186. It shall be unlawful for any person not in the employ of the railroad company, within the city limits of this city, to get on or off any railroad train while said train is in motion, or for any person to board any freight, stock, or flat car, or any train, not a passenger train, whether the same be in motion or not, unless such person has business on said train. Any person violating the provisions of this ordinance shall be fined not less than five nor more than one hundred dollars.

## DEPOT REGULATIONS.

Art. 187. If any person shall enter into and occupy any of the sitting rooms at any railroad depot within this city, said person not having recently arrived by, nor waiting to take passage on a train, nor waiting to receive or see off any friends arriving or departing on any train, nor in attendance upon any passenger needing any assistance or attendance, and shall fail or refuse to vacate said room upon being requested to do so by a railroad official, or any one having control of said room, or by the marshal or any peace officer, of the city, such person shall be deemed a tresspasser, and guilty of a misdemeanor, and upon conviction shall be fined not less than five nor more than twenty-five dollars.

Art. 188. Any person who shall lounge or lay about any depot or obstruct the passway on the platform of any railroad platform of any railroad depot within this city, said person not then taking or about to take passage upon, or leaving any train, nor accompanying friends arriving upon, or leaving on said train, nor engaged in some business connected with said train, and shall refuse or fail to discontinue said obstruction when requested to do so by any employee of the road, or any peace officer of the city, shall be deemed guilty of a misdemeanor, and upon conviction shall be fined in any sum not less than one nor more than five dollars.

Art. 189. It shall be unlawful for any porter or runner of any hotel, tavern or boarding house, or any other public house, or driver of a dray, hack, delivery wagon or omnibus, or other vehicle,

day for each day that such animal has been impounded, said fees to be retained by the Marshal. If no owner appear before sale day the Marshal shall proceed to sell said animal, before the Mayor's office, to the highest bidder for cash, and out of the proceeds of said sale, retain such costs as he may be entitled to, and the remainder, if any, shall be deposited with the City Treasurer. If the owner of said animal shall appear within thirty days after said sale, and make proof of his ownership, to the satisfaction of the City Treasurer such remainder shall be paid to him, otherwise the same shall be placed to the credit of the general fund. If, at the time of sale, no purchaser can be found for the animal, the Marshal is hereby authorized to kill the said animal and have the carcass removed by the City Scavenger to the city dumping ground, and the said Scavenger shall be entitled to the usual fee for such removal, to be allowed by the City Council. The City Marshal shall record in a book kept for that purpose, the number and kind of animals taken up by him, showing the date of sale and the proceeds derived from said sale, and, if known, the name of the owner and that of the purchaser, and he shall include a report of the same in his regular monthly report to the Council.

Art. 168. If any person shall drive, or cause to be driven, any of the animals mentioned in the preceding article (said animals being the property of another) within the city limits, for the purpose of causing said animal to be impounded, such person shall be fined not less than ten nor more than one hundred dollars.

Art. 169. Every owner or keeper of any animal which may die within the city limits, shall forthwith remove the carcass, or cause the same to be removed to the city dumping ground, hereafter designated by ordinance, and any person who shall violate the provisions of this ordinance, shall be fined not less than five nor more than one hundred dollars.

Art. 170. If any person shall camp with any cavalcade of horses, drove of hogs, cattle or sheep, within this city, such person shall be fined not more than one hundred dollars.

Art. 171. It is hereby declared to be a misdemeanor for any

kind of stock, or animals, either cattle, hogs or other animals, to be kept within the city limits of the city of Elgin, penned for the purpose of slaughter for market, or fattening for market; and each day such enclosure is maintained is declared to be an offense and shall be abated as a nuisance, and is hereby declared to be a nuisance, and any person failing to remove such enclosure, and any animal contained therein, upon notice given by the Mayor or Marshal of the city of Elgin, shall be adjudged guilty of maintaining a nuisance in said city, and fined in any sum not exceeding ten dollars, for each and every such offense. It is hereby further declared that the slaughter of any animal within the city limits of the city of Elgin, for the purpose of marketing is likewise a misdemeanor, and declared a nuisance, and any person so offending shall be fined in any sum not exceeding ten dollars for each and every animal so slaughtered. Provided, that any one now having such enclosure, within said city, shall have thirty (30) days to remove the same after given the notice provided to remove the same.

## Chapter XXII.

### DISTURBING RELIGIOUS WORSHIP.

[An Ordinance to prohibit Persons from Disturbing Religious Worship.]

Art. 172. Be it ordained by the City Council of the city of Elgin; that any person who by loud, vociferous talking swearing, or by any other noise or in any other manner, wilfully disturbs any congregation or part of a congregation asssembled for religious worship, and conducting themselves in a lawful manner, or who wilfully disturbs in any manner any congregation assembled for the purpose of conducting or participating in a Sunday School, or to transact any business relating to or in the interest of religious worship or a Sunday School, and conducting themselves in a law-