Kevin Gerard O'Grady
Law Office of Kevin O'Grady, LLC
1164 Bishop Street, Suite 1605
Honolulu, Hawaii 96813
(808) 521-3367
Hawaii Bar No. 8817
Kevin@KevinOGradyLaw.Com

Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA 92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII**

| | |
|---|---|
| JOHNATHON SOLINSKY, HAWAII RIFLE ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>ANNE E. LOPEZ, in her official capacity as Attorney General of the State of Hawaii,<br><br>Defendant | Civil Action No. _____<br>Motion for Preliminary Injunction;<br>Memorandum in Support of<br>Motion for Preliminary Injunction;<br>Certificate of Service; |

## Motion for Preliminary Injunction

Comes now the Plaintiffs Johnathan Solinsky and Hawaii Rifle Association ("HRA") pursuant to Rule 65 of the F.R.C.P. and moves this Court for a preliminary injunction which enjoins H.R.S. §134-9(a)(5)'s prohibition on nonresidents receiving handgun concealed carry permits as applied to Plaintiff Solinsky, as applied to HRA members and facially.

Dated: March 7, 2026.

Respectfully submitted,

*Counsel for Plaintiffs*

/s/*Kevin Gerard O'Grady*
Kevin O'Grady

*/s/ Alan Beck*
Alan Alexander Beck