Kevin Gerard O'Grady
Law Office of Kevin O'Grady, LLC
1164 Bishop Street, Suite 1605
Honolulu, Hawaii 96813
(808) 521-3367
Hawaii Bar No. 8817
Kevin@KevinOGradyLaw.Com

Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA 92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOHNATHON SOLINSKY, HAWAII RIFLE ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>ANNE E. LOPEZ, in her official capacity as Attorney General of the State of Hawaii,<br><br>Defendant | Civil Action No. _____<br>Certificate of Service; |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date noted below, the foregoing document was filed with this Court's ECF system, which generated a notice of filing, and a true and correct copy of the foregoing Motion, Memorandum in Support and Certificate of Service was emailed to the following counsel for Defendant:

Kaliko d. Fernandes
Solicitor General
Department of the Attorney
General, State of Hawaii
425 Queen Street
Honolulu, HI  96813
Email:	kaliko.d.fernandes@hawaii.gov

Ewan Rayner
Deputy Solicitor General
Department of the Attorney
General, State of Hawaii
425 Queen Street
Honolulu, HI  96813
Email:	ewan.rayner@hawaii.gov

Dated: March 7, 2026.

Respectfully submitted,

*Counsel for Plaintiffs*

/s/*Kevin Gerard O'Grady*
Kevin O'Grady

/s/ *Alan Beck*
Alan Alexander Beck

2